**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>     Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>     Defendants. | Case No. 22-cv-03872<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge M. David Weisman** |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff General Motor LLC's ("Plaintiff" or "GM") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS GM's Motion for Entry of a Preliminary Injunction in its entirety against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (the "Seller Aliases").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using counterfeit and infringing versions of GM's federally registered trademarks ("Chevrolet Trademarks") to residents of Illinois. A list of the GM Trademarks is included in the below chart.

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

| Registration No. | Trademark | Class | Goods and Services |
|---|---|---|---|
| 647,235 | CHEVROLET | 037 | Maintenance and repair service for automotive vehicles, parts, and accessories. |
| 1,471,518 | CHEVROLET | 028 | Toys and playthings, namely, toy vehicles, toy cars, toy model hobbycraft kits. |
| 1,661,627 | CHEVROLET | 012 | Motor land vehicles, namely, automobiles, passenger vans, cargo vans, sport utility vehicles, pick-up trucks, commercial land vehicles, namely, automobiles, trucks, vans, sport utility vehicles, chassis for the foregoing and any combination thereof and structural parts therefor, engines therefor, and structural parts thereof; cabs and chassis for trucks; chassis for vans |
| 1,667,108 | CHEVROLET | 042 | Automobile and truck dealership services |
| 1,708,169 | CHEVROLET | 016 | Printed materials, namely, manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicles |
| 2,309,369 | CHEVROLET | 024 | Cloth banners, cloth flags and bed blankets |
| 2,311,214 | CHEVROLET | 006 | Metal license plates |
| 2,348,249 | CHEVROLET | 025 | Shirts, sweaters, jackets, hats, clothing ties, pants and shorts |
| 2,522,861 | CHEVROLET | 028 | Balloons, Christmas tree ornaments, collectible toy |

| | | | |
|---|---|---|---|
| | | | cars, die cast vehicle models, golf bags, golf ball markers, golf balls, golf clubs, golf tees, peddle cars, coin operated pinball machines, plastic toy vehicle model hobbycraft kits, plastic toy model kit cars, radio controlled cars, coin operated video games and hand held units for playing video games |
| 2,563,091 | CHEVROLET | 006 | Metal money clips, metal knobs, non-mechanical metal street signs, non-mechanical metal parking signs, non-mechanical tin signs, metal key rings, metal license plates |
| 4,195,243 | CHEVROLET MYLINK | 012 | Electronic interface modules sold as an integral part of a motor land vehicle for wired and wireless interface of handheld electronic devices |
| 2,469,555 | CHEVROLET RACING | 016 | Pressure sensitive graphics, namely, decals, stickers, bumper stickers |
| 4,321,360 | CHEVROLET SPARK | 012 | Motor land vehicles, namely, automobiles |
| 2,313,769 | CHEVROLET USA-1 | 006 | Metal license plates |
| 3,506,116 | CHEVROLETOR | 028 | Toy vehicles |
| 2,357,128 | CHEVY | 016 | Pressure sensitive graphics for application to automobiles and automobile dealership windows, decals, stickers, bumperstickers, calendars |
| 2,308,986 | CHEVY | 025 | Shirts, sweaters, jackets, hats, shorts |
| 1,494,385 | CHEVY | 028 | Toys and playthings; namely, toy vehicles, toy cars, toy model battery-operated remote and radio- |

| | | | |
|---|---|---|---|
| | | | controlled toy vehicles, friction powered toy vehicles and hobbycraft kits |
| 2,543,117 | CHEVY TRUCKS | 021 | Beverage glassware, bottle openers, can wraps, mugs |
| 2,609,931 | CHEVY TRUCKS | 025 | Clothing, namely, aprons, caps, coat, dress shirts, gloves, golf shirts, hats, jackets, polo shirts, rainwear, sunvisors, sweat shirts, t-shirts and vests |
| 2,649,537 | CHEVY TRUCKS | 020 | Chairs, desk ornaments made of bone, ivory, plaster, plastic, wax, wood, china, crystal, glass and porcelain, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, picture frames, plaques, plastic flags, seat cushions, stools |
| 2,313,756 | CAMARO | 006 | Metal license plates |
| 2,356,823 | CAMARO | 025 | Shirts, sweaters, jackets, blazers, hats, clothing ties, sweat suits, pants and shorts |
| 2,654,526 | CAMARO | 020 | Desk ornaments, made of bone, ivory, plaster, plastic, wax, wood, china, crystal, glass and porcelain, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, mirrors, non-metal money clips, picture frames, pillows, plastic flags, seat cushions, stools |

4

| 3,126,223 | CAMARO | 012 | Automobile bumpers, automotive windshield shade screens fitted covers for vehicles, vehicle seat covers |
|---|---|---|---|
| 3,628,953 | CAMARO | 012 | Motor land vehicles, namely, automobiles, engines therefor and structural parts thereof |
| 4,246,081 | CAMARO | 028 | Toy vehicles |
| 4,246,082 | CAMARO | 009 | Video game software |
| 1,470,779 | CAMARO Z-28 | 028 | Toys and playthings, namely, toy vehicles, toy cars, toy model hobbycraft kits |
| 2,866,966 | AVALANCHE | 012 | Motor land vehicles, namely automobiles, trucks, sport utility vehicles, vans, engines therefor and structural parts thereof excluding railcars or parts thereof. |
| 5,751,576 | BLAZER | 023 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks and vans. |
| 1,711,664 | BLAZER | 016 | Printed materials; namely, manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicles. |
| 2,656,665 | BLAZER | 020 | Non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates. |
| 2,561,229 | BEL AIR | 006 | Non-luminous and non-mechanical metal street signs, non-luminous and non-mechanical parking signs, non-luminous and |

| | | | |
|---|---|---|---|
| | | | non-mechanical tin signs, metal key rings, and metal license plates. |
| 4,394,946 | BEL AIR | 012 | Exterior and interior badges for motor land vehicles. |
| 2,059,324 | BEL AIR | 028 | Scale models of automobiles |
| 3,185,665 | C6 | 006; 016; 021; 024; 025 | Metal key chains.<br><br>Pens.<br><br>Mugs, beverage glassware, and thermal-insulated containers for food or beverages.<br><br>Fleece blankets.<br><br>Clothing, namely, jackets, shirts, sweatshirts, and t-shirts. |
| 4,646,598 | CANYON | 012 | Motor land vehicles, namely, trucks |
| 5,046,433 | CANYON NIGHTFALL EDITION | 012 | Motor vehicles parts and accessories, namely, option package for black motor vehicles comprised of a black grille, black 5-inch assist steps, 18-inch aluminum wheels, polished exhaust tips, spray-in bedliner, remote start and automatic climate control, sold as a unit |
| 2,311,794 | CHEVELLE | 006 | Metal license plates |
| 4,431,312 | CHEVELLE | 012 | Exterior badges for vehicles |
| 4,431,313 | CHEVELLE | 025 | Clothing, namely, t-shirts, hats, sweatshirts |
| 4,431,314 | CHEVELLE | 028 | Toy vehicles |
| 4,431,315 | CHEVELLE | 027 | Floor mats for vehicles |
| 4,646,599 | COLORADO | 012 | Motor land vehicles, |

| | | | |
|---|---|---|---|
| | | | namely, trucks |
| 5,350,973 | COMMERCIAL LINK | 009 | Software application which allows subscribers to obtain vehicle information |
| 5,138,021 | COOL SHIELD | 002 | Corrosion-inhibiting coating sold as a component ingredient of brake rotors for land vehicles |
| 3,970,828 | COPO | 012 | Automobile engines and structural parts |
| 4,151,421 | COPO | 012 | Automobiles |
| 5,726,814 | COPO | 025 | Shirts and short-sleeved shirts, polo shirts, sweat shirts, jackets, baseball caps and hats, beanies |
| 1,467,522 | CORVETTE | 028 | Toys and playthings, namely, toy vehicles, toy cars, toy model hobbycraft kits |
| 1,494,171 | CORVETTE | 014 | Jewelry; namely, quartz watches |
| 1,494,980 | CORVETTE | 009 | Eyeglasses |
| 1,495,033 | CORVETTE | 012 | Motor vehicles; namely, automobiles, engines therefor, and structural parts thereof |
| 1,792,602 | CORVETTE | 016 | Printed materials; namely, manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicles |
| 2,311,215 | CORVETTE | 006 | Metal license plates |
| 2,314,485 | CORVETTE | 025 | Shirts, sweaters, jackets, blazers, hats, clothing ties, sweat suits and shorts |
| 2,463,898 | CORVETTE | 006 | Metal money clips, metal gear shift knobs, non-mechanical metal street signs, non-mechanical metal parking signs, non- |

| | | | |
|---|---|---|---|
| | | | mechanical tin signs, metal key rings, metal license plates |
| 3,147,782 | CORVETTE C6 | 025 | Clothing, namely, shirts, sweatshirts and t-shirts |
| 4,150,438 | CORVETTE GRAND SPORT | 012 | Motor land vehicles, namely, automobiles |
| 5,643,759 | CRUZE PREMIER | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 4,382,628 | EL CAMINO | 012 | Upholstery for motor land vehicles; exterior and interior badges for motor land vehicles |
| 2,854,854 | EQUINOX | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 2,757,501 | EXPRESS ACCESS | 012 | Motor land vehicles, namely, vans, engines therefor, and structural parts thereof |
| 2,308,987 | GENUINE CHEVROLET | 006 | Metal license plates |
| 2,538,435 | GENUINE CHEVROLET | 021 | Beverage glassware, can wraps, coasters, coolers, cups, mugs |
| 2,678,108 | GENUINE CHEVROLET | 009 | Computer mouse pads, neon signs; thermometers not for medical use |
| 4,444,192 | HIGH COUNTRY | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks and vans |
| 661,322 | IMPALA | 012 | Automobiles |
| 2,311,798 | IMPALA | 006 | Metal license plates |
| 2,669,222 | IMPALA | 020 | Chairs, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, |

| | | | |
|---|---|---|---|
| | | | non-metal license plates, picture frames, plastic flags, stools |
| 4,275,949 | L88 | 016 | Decals |
| 4,275,878 | L88 | 012 | Exterior and interior badges for motor land vehicles |
| 4,382,776 | LT-1 | 016 | Decals |
| 4,713,011 | LT1 | 012 | Engines for automobiles, sport utility vehicles, trucks and vans |
| 2,092,090 | MALIBU | 012 | Motor vehicles, namely, automobiles, engines therefor and structural parts thereof |
| 2,663,321 | MALIBU | 020 | Desk ornaments made of bone, ivory, plaster, plastic, wax, wood, china, crystal, glass and porcelain, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, nonmetal key tags, non-metal license plates, mirrors, non-metal money clips, picture frames, seat cushions and stools |
| 5,675,518 | MALIBU PREMIER | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 2,430,738 | MONTE CARLO | 006 | Metal license plates |
| 2,681,174 | MONTE CARLO | 020 | Non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, plaques |
| 2,637,279 | ROADRESPONSE | 012 | Struts and shock absorbers for land motor vehicle suspensions |
| 1,039,220 | SILVERADO | 012 | Motor vehicles; namely, trucks |

| | | | |
|---|---|---|---|
| 1,519,946 | STINGRAY | 028 | Toys and playthings; namely, toy vehicles, toy cars, battery-operated remote and radio-controlled toy vehicles, and toy model hobbycraft kits |
| 1,750,042 | STINGRAY | 012 | Nameplates for motor land vehicles |
| 4,436,811 | STINGRAY | 012 | Motor land vehicles, namely, automobiles |
| 1,490,090 | SUBURBAN | 012 | Motor vehicles, namely, trucks, engines thereof and structural parts therefor |
| 2,652,035 | SUBURBAN | 020 | Chairs, desk ornaments made of bone, ivory, plaster, plastic, wax, wood, china, crystal, glass and porcelain, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, plastic flags, seat cushions |
| 1,880,529 | TAHOE | 012 | Motor vehicles, namely trucks, engines therefor, and structural parts thereof |
| 2,652,036 | TAHOE | 020 | Chairs, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, plastic flags  seat cushions |
| 3,537,570 | TRAVERSE | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 4,704,309 | TRAX | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural |

| | | | |
|---|---|---|---|
| | | | parts thereof |
| 4,275,899 | TURBO-FIRE | 016 | Decals |
| 4,275,896 | TURBO-JET | 012 | Exterior and interior badges for motor land vehicles |
| 4,275,897 | TURBO-JET | 016 | Decals |
| 2,316,536 | Z/28 | 025 | Shirts, Jackets, Hats |
| 2,538,434 | Z06 | 025 | Clothing, namely, caps, coats, dress shirts, golf shirts, hats, jackets, polo shirts, sunvisors, sweat shirts, sweaters, t-shirts |
| 2,008,406 | Z71 | 012 | Modified off road chassis sold as components of trucks |
| 2,308,988 | Z71 | 025 | Shirts, jackets, hats |
| 2,654,527 | Z71 | 020 | Chairs, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, plastic flags |
| 5,027,847 | Z71 TRAIL BOSS | 012 | Passenger vehicles, namely, light duty pickup trucks |
| 4,279,992 | ZR2 | 016 | Decals |
| 5,566,056 | ZR2 | 012 | Motor land vehicles, namely, automobiles, sport utility vehicles, trucks, vans, engines therefor and structural parts thereof |
| 4,172,493 | ZL1 | 012 | Motor land vehicles, namely, automobiles |
| 4,117,179 | ZL1 | 007 | Automotive engine blocks |
| 216,070 | CHEVROLET | 012 | Automobiles |
| 1,540,658 | Chevrolet | 028 | Toys and playthings; namely, toy vehicles, toy cars, battery-operated remote and radio-controlled toy vehicles, |

| | | | |
|---|---|---|---|
| | | | friction-powered toy vehicles, and toy model hobbycraft kits |
| 647,236 |  | 037 | Maintenance and repair service for automotive vehicles, parts, and accessories |
| 2,311,397 |  | 025 | Shirts, jackets, hats, clothing ties and shorts |
| 2,563,092 |  | 006 | Metal money clips, metal knobs, non-mechanical metal street signs, non-mechanical metal parking signs, non-mechanical tin signs, metal key rings, metal license plates |
| 2,678,153 |  | 020 | Non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, non-metal money clips, stools |
| 1,540,884 |  | 037 | Maintenance and repair services for motor vehicles, parts and accessories |
| 2,311,791 |  | 006 | Metal license plates |

| 2,311,792 |  | 025 | Shirts, sweaters, jackets, blazers, hats, clothing ties, sweat suits, pants and shorts |
|---|---|---|---|
| 2,311,918 |  | 024 | Cloth banners, cloth flags, and bed blankets |
| 2,538,436 |  | 021 | Beverage glassware, bottle openers, can wraps, coasters, commemorative plates, coolers, corkscrews, cups, glass canisters, ice scrapers with brushes, mugs, ornament replicas of vehicles made of glass, crystal and ceramic, portable containers, salt and pepper shakers, service trays, squeeze bottles and steins |
| 2,550,170 |  | 028 | Balloons, Christmas tree ornaments, collectible toy cars, diecast vehicle models, golf balls, peddle cars, pinball machines, plastic vehicle kits, plastic vehicle models, radio controlled cars |
| 2,562,025 |  | 014 | Belt buckles, charms, clocks, coins, cuff-links, earrings, lapel pins, money clips, pendants, rings, watches |

| 2,578,898 |  | 025 | Aprons, gloves, headbands, rainwear, robes, scarves, sleepwear, slippers, socks, sunvisors, sweaters, and vests |
|---|---|---|---|
| 2,734,714 |  | 009 | Binoculars; calculators; photographic cameras; directional compasses; computer mouse pads; computer mouses; computer game software for use in arcade games, hand held electronic games and video games; computer screen saver software; electric signs; eyeglass cases; eyeglasses; computer and video game cartridges; video game interactive hand held remote controls for playing electronics games; hand held joy stick units for playing video games; graduated rulers; interactive video games of virtual reality comprised of computer software and hardware; decorative magnets; magnifying glasses; neon signs; prerecorded videotapes featuring information on automobiles; radio antennas; radios; sunglasses; tape measures; telephones; thermometers not for medical use; tire pressure gauges; video rewinders; yard sticks |

| | | | |
|---|---|---|---|
| 2,736,654 | | 020 | Badge holders made of plastic, chairs, desk ornaments made of bone, ivory, plaster, plastic, wax and wood, non-metal jewelry boxes, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, mirrors, non-metal money clips, name badges made of plastic, name plates made of plastic, picture frames, pillows, plaques, plastic flags, seat cushions, stools |
| 2,779,456 | | 006 | Metal banks, metal decorative boxes, ingots of common metal, metal key chains, metal key fobs, metal key rings, metal keys, license plates made of metal, non-luminous and non-mechanical metal signs, money clips made of metal, ornamental replicas of vehicles made of metal, non-luminous and non-mechanical parking signs made of metal, non-luminous and non-mechanical street signs made of metal, metal tool boxes |
| 95,398 | | 012 | Automobiles, motor-vehicles, and parts thereof |
| 1,519,942 | | 028 | Toys and play-things; namely, toy vehicles, toy cars, battery-operated remote and radio-controlled toy vehicles, friction-powered toy |

| | | | |
|---|---|---|---|
| | | | vehicles, and toy model hobbycraft kits |
| 1,530,792 | | 014 | Clocks |
| 1,661,628 | | 012 | Motor land vehicles;, namely, automobiles, passenger vans, cargo vans, sport utility vehicles, pick-up trucks, commercial land vehicles;, namely, automobiles, trucks, vans, sport utility vehicles, chassis for the foregoing and any combination thereof and structural parts therefor, engines therefor, and structural parts thereof; cabs and chassis for trucks; chassis for vans |
| 1,668,924 | | 042 | Automobile and truck dealership services |
| 2,555,071 | | 006 | Non-luminous and non-mechanical metal street signs and parking signs, metal license plates, and metal key rings |
| 2,463,897 | | 006 | Non-mechanical metal street signs, non-mechanical metal parking signs, non-mechanical tin signs, metal license plates. |
| 2,311,398 | | 025 | Jackets, hats. |

| 2,314,496 |  | 006 | Metal license plates. |
|---|---|---|---|
| 2,349,821 |  | 016 | Pressure sensitive graphics for application to automobiles, decals, stickers, bumper stickers and calendars. |
| 579,485 |  | 012 | Automobiles |
| 2,311,399 |  | 025 | Shirts, jackets, hats, clothing ties, sweat suits |
| 2,631,880 |  | 016 | Automotive books; bank checks; bumper stickers; desktop business card holders; business cards; calendars; checkbook covers; decals; greeting cards; note pads; paperweights; pen and pencil holders; pens; pictures; playing cards; posters; lithographic prints; trading and collector cards |
| 2654528 |  | 020 | Chairs, desk ornaments, made of bone, ivory, plaster, wax, wood, china, crystal, glass and porcelain, jewelry boxes not of metal, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, non-metal money clips, picture frames, pillows, plaques, plastic flags, seat cushions, stools |

17

| | | | |
|---|---|---|---|
| 2,750,257 |  | 020 | Desk ornaments made of plastic, and wood, jewelry boxes not of metal, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal novelty license plates, non-metal money clips, picture frames, plaques |
| 2,232,346 |  | 016 | Printed materials; namely, manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicles |
| 2,242,877 |  | 009, 014, 016, 018, 021, 025 | Sunglasses, eyeglass cases and computer peripheral mouse pads<br><br>Jewelry, namely, tie tacks, lapel pins, watches and charms<br><br>Note pads, playing cards, posters<br><br>Umbrellas, luggage, gym bags, leather key fobs, briefcase-type portfolios, attache cases and wallets<br><br>Mugs, portable coolers, coasters not of paper and not being table linen and beverage glassware<br><br>Shirts, sweaters, jackets, hats, clothing ties, sweat suits and shorts |

| | | | |
|---|---|---|---|
| 2,683,719 |  | 020 | Chairs, desk ornaments, namely, ornaments of plastic or wood, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, picture frames, pillows, plaques, plastic flags, seat cushions, stools |
| 3,739,089 |  | 009 | Sunglasses, sunglass cases, computer mouse, laptop carrying cases, CD cases, neon signs |
| 3,739,090 |  | 012 | Fitted dashboard covers for vehicles, vehicle tire valve stem caps, fitted covers for vehicles, license plate frames |
| 3,739,092 |  | 018 | Wallets, duffle bags, backpacks, umbrellas, trunks |
| 3,739,093 |  | 020 | Stools |
| 3,739,094 |  | 021 | Beverage glassware, mugs, travel insulated beverage containers |
| 3,739,096 |  | 025 | Clothing, namely, t-shirts, hats, jackets, shirts, sweatshirts, coats, bandanas |

| 3,739,097 |  | 027 | Floor mats for vehicles |
|---|---|---|---|
| 3,739,098 |  | 028 | Toy vehicles |
| 4,482,475 |  | 012 | Motor land vehicles, namely, automobiles, engines therefor and structural parts thereof |
| 4,597,263 |  | 028 | Toy vehicles, ride-on toy vehicles, remote controlled toy vehicles |
| 4,601,524 |  | 014 | Lapel pins, watches |
| 4,601,525 |  | 016 | Posters, pens, calendars, blank journal books |
| 4,601,526 |  | 021 | Mugs, travel mugs, drinking glasses, water bottles sold empty, portable beverage coolers |
| 4,601,527 |  | 025 | Shirts, hats, jackets, coats, pullovers |

20

| | | | |
|---|---|---|---|
| 4,719,036 | | 006 | Non-luminous and non-mechanical metal signs |
| 4,719,043 | | 018 | Duffel bags, leather credit card cases |
| 2,545,728 | | 025 | Clothing, namely, shirts, t-shits, jogging suits, sweat shirts, sweat pants, bandanas, sweaters, socks, hats, leather jackets, coats, ties, jackets |
| 1,491,293 | | 028 | Toys and plaything; namely, toy vehicles, toy cars, toy model hobbycraft kits, battery-operated remote and radio-controlled toy vehicles; and friction powered toy vehicles |
| 1,494,172 | | 014 | Jewelry; namely quartz watches and gold rings |
| 2,311,917 | | 025 | Shirts, sweaters, jackets, blazers, hats, clothing ties, sweat suits, pants and shorts |
| 2,545,133 | | 016 | Automotive books, bank checks, bumper stickers, business card holders, business cards, calendars, checkbook covers, children's activity books, decals, note pad holders, note pads, paperweights, pen and pencil holders, pens, photo albums, pictures, playing cards, posters, reproduction lithographic prints, trading and collector cards |

| | | | |
|---|---|---|---|
| 2,578,899 |  | 025 | Sleepwear, sunvisors, and vests |
| 2,666,595 |  | 020 | Chairs, desk ornaments made of bone, ivory, plaster, plastic, wax, wood, china, crystal, glass and porcelain, jewelry boxes not of metal, non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal license plates, mirrors, picture frames, pillows, plaques, plastic flags, plastic storage bins, seat cushions, stools |
| 6,190,715 |  | 012 | Motor land vehicles, namely, automobiles, engines therefor and structural parts thereof |
| 6,639,689 |  | 006, 014, 016, 018, 021, 025, 028 | Non-luminous and non-mechanical metal signs<br><br>Posters, pens, calendars, blank journal books<br><br>Duffel bags, leather credit card cases.<br><br>Mugs, travel mugs, drinking glasses, water bottles sold empty, non-electric portable beverage coolers<br><br>Shirts, hats, jackets, coats, pullovers<br><br>Toy vehicles, remote controlled toy vehicles |

| | | | |
|---|---|---|---|
| 6,433,801 |  | 012 | Vehicle windshields; vehicle windows |
| 3,650,649 |  | 006 | Metal holiday ornaments; sculptures made of metal |
| 3,650,651 |  | 016 | Posters, decals, pressure sensitive graphics for application to automobiles, desktop business card holders |
| 3,650,654 |  | 021 | Beverage glassware |
| 3,650,657 |  | 022 | Lanyards for holding badges and passes |
| 4,514,976 |  | 012 | Motor land vehicles, namely, automobiles |
| 4,597,272 |  | 021 | Mugs, travel mugs |
| 4,597,273 |  | 025 | Shirts, hats |
| 4,597,275 |  | 028 | Toy vehicles, ride-on toy vehicles, remote controlled toy vehicles |

| 4,597,292 |  | 006 | Non-luminous and non-mechanical metal signs |
|---|---|---|---|
| 4,601,531 |  | 014 | Lapel pins |
| 4,601,532 |  | 016 | Pens, posters, blank journal books |
| 2,700,379 |  | 020 | Chairs, non-metal key chain non-metal key fobs, non-me key holders, non-metal key rings, non-metal key tags, non-metal license plates, stools |
| 4,863,379 |  | 025 | Clothing, namely, hats and shirts |
| 4,863,380 |  | 014 | Lapel pins |
| 4,863,381 |  | 006 | Non-luminous and non-mechanical metal signs |
| 4,863,382 |  | 016 | Posters, calendars |

| 4,863,383 |  | 020 | Decorative mirror |
|---|---|---|---|
| 4,863,384 |  | 021 | Stone coasters |
| 4,863,385 |  | 024 | Cloth banners |
| 5,004,543 |  | 012 | Motor land vehicles, namely, automobiles |
| 1,506,101 |  | 028 | Toys and playthings; namely, toy vehicles, toy cars, battery-operated remote and radio-controlled toy vehicles, friction-powered toy vehicles, and toy model hobbycraft kits |
| 2,346.738 |  | 025 | Shirts, jackets, and hats |
| 1,898,835 |  | 012 | Motor vehicles, namely automobiles, engines therefor, and structural parts thereof |
| 2,346,737 |  | 025 | Shirts, jackets, hats, pants |
| 2,346,904 |  | 016 | Stickers and calendars |

| | | | |
|---|---|---|---|
| 2,349,761 |  | 006 | Metal license plates |
| 2,756,065 |  | 020 | Non-metal key chains, non-metal key fobs, non-metal key holders, non-metal key rings, non-metal key tags, non-metal novelty license plates |
| 2,721,375 |  | 020 | Key fobs, key tags, key chains and key rings not made of metal; non-metal license plates |
| 6,364,458 |  | 012 | Vehicle windshields; vehicle windows. |
| 2,705,700 |  | 028 | Toy vehicles |
| 2,705,698 |  | 028 | Toy vehicles |
| 2,705,697 |  | 028 | Toy vehicles |
| 2,705,702 |  | 028 | Toy vehicles |
| 2,708,261 |  | 028 | Toy vehicles |
| 3,161,525 |  | 028 | Miniature models of vehicles, toy vehicles, toy model hobby kits for the construction of toy vehicles, collectable toy |

26

| | | | cars |
|---|---|---|---|
| | | | |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of GM's previously granted Motion for Entry of a Temporary Restraining Order establishes that GM has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that GM will suffer irreparable harm if the injunction is not granted. Specifically, GM has demonstrated a *prima facie* case of trademark infringement because (1) the Chevrolet Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Chevrolet Trademarks, and (3) Defendants' use of the Chevrolet Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with GM. Furthermore, Defendants' continued and unauthorized use of the Chevrolet Trademarks irreparably harms GM through diminished goodwill and brand confidence, damage to GM's reputation, and loss of exclusivity. Monetary damages fail to address such damage and, therefore, GM has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1.     Defendants, their officers, agents, servants, employees, attorneys, and other persons acting in active concert or participation with them be preliminarily enjoined and restrained from:

a. using the Chevrolet Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Chevrolet product or not authorized by GM to be sold in connection with the Chevrolet Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Chevrolet product or any other product produced by GM, that is not GM's or not produced under the authorization, control or supervision of GM and approved by GM for sale under the Chevrolet Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of GM, or are sponsored by, approved by, or otherwise connected with GM;

d. further infringing the Chevrolet Trademarks and damaging GM's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for GM, nor authorized by GM to be sold or offered for sale, and which bear any of GM's trademarks, including the Chevrolet Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon GM's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com,

Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to GM expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, Wish.com, Walmart, Etsy, and DHgate, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon GM's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of

such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Chevrolet Trademarks.

4. Defendants shall not transfer or dispose of any money or other Defendants' assets in any of Defendants' financial accounts.

5. Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. GM is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

   a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial

accounts, including Defendants' sales and listing history related to their respective Online Marketplaces.

GM is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

7.      GM may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to Defendants that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.      Schedule A to the Complaint [2], Exhibit 2 to the Declaration of Andrea Ankawi [17], and the TRO [24] are unsealed.

9.      Any Defendant or other persons that is subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

10.    The $10,000 bond posted by GM shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Dated:  August 31 , 2022

Elaine E. Bucklo
United States District Judge

**General Motors LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 22-cv-03872**

# Schedule A

## Defendant Online Marketplaces

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | aliexpress.com/store/1101900457 | 21AutoParts Store |
| 2 | aliexpress.com/store/1101341032 | 4 Motorcar Store |
| 3 | aliexpress.com/store/1101434348 | Aisun car accessories Store |
| 4 | aliexpress.com/store/1101397088 | ANNA car stickers Store |
| 5 | aliexpress.com/store/1101989919 | Auto Parts Sticker Store |
| 6 | aliexpress.com/store/1101357796 | Automotive Zones Store |
| 7 | aliexpress.com/store/1101235484 | AUTOPT.GO AUDIVW Store |
| 8 | aliexpress.com/store/1101951746 | AYWE Store |
| 9 | aliexpress.com/store/1101617523 | Bcars Car Accessories Store |
| 10 | aliexpress.com/store/1101995465 | BREAD Auto Parts Store |
| 11 | aliexpress.com/store/1100560979 | car buy car Store |
| 12 | aliexpress.com/store/1102089169 | Car Retrofit emblem Store |
| 13 | aliexpress.com/store/1101627265 | CARSHELP Store |
| 14 | aliexpress.com/store/1101558611 | CNW-SHS Store |
| 15 | aliexpress.com/store/1101841403 | Decal world Store |
| 16 | aliexpress.com/store/1100401849 | Elifestyle Store |
| 17 | aliexpress.com/store/1101845176 | FCFY Car Store |
| 18 | aliexpress.com/store/1101289013 | Flamestor Store |
| 19 | aliexpress.com/store/1101792069 | Fuwo Stylish decal Shop Store |
| 20 | aliexpress.com/store/1100506360 | GOFLARE Official Store |
| 21 | aliexpress.com/store/1100441952 | Good Car Accessories Store |
| 22 | aliexpress.com/store/1101127270 | GZRIVERRUN Official Store |
| 23 | aliexpress.com/store/1101953677 | Jppq Store |
| 24 | aliexpress.com/store/1100686355 | KMDAUTOParts Store |
| 25 | aliexpress.com/store/1101265816 | Leono Store |
| 26 | aliexpress.com/store/1101542352 | LJN-ZDT Car Store |
| 27 | aliexpress.com/store/1101650662 | Maria discount Store |
| 28 | aliexpress.com/store/1101278322 | Modified-car stickers Store |
| 29 | aliexpress.com/store/1101751318 | NYP168 Store |
| 30 | aliexpress.com/store/1101430746 | Peach Hub Store |
| 31 | aliexpress.com/store/1101673776 | QS Stickers Store |
| 32 | aliexpress.com/store/1101684366 | RY2021 Store |
| 33 | aliexpress.com/store/1101810745 | shaoduan Store |

| 34 | aliexpress.com/store/1102010218 | Shop1100187204 Store |
|----|----------------------------------|----------------------|
| 35 | aliexpress.com/store/1102041009 | Shop1100332129 Store |
| 36 | aliexpress.com/store/1102048434 | Shop1100348433 Store |
| 37 | aliexpress.com/store/1102120243 | Shop1102127243 Store |
| 38 | aliexpress.com/store/1102163063 | Shop1102156997 Store |
| 39 | aliexpress.com/store/1101259834 | Shop3085047 Store |
| 40 | aliexpress.com/store/1101282881 | Shop3680012 Store |
| 41 | aliexpress.com/store/1101439300 | Shop5022115 Store |
| 42 | aliexpress.com/store/1101343311 | Shop5134084 Store |
| 43 | aliexpress.com/store/1101390688 | Shop5788889 Store |
| 44 | aliexpress.com/store/1101537712 | Shop910325063 Store |
| 45 | aliexpress.com/store/1101588950 | Shop911207256 Store |
| 46 | aliexpress.com/store/1101619572 | Shop911414059 Store |
| 47 | aliexpress.com/store/1101643953 | Shop911567529 Store |
| 48 | aliexpress.com/store/1101399446 | Su chang Store |
| 49 | aliexpress.com/store/1101961376 | teshu Store |
| 50 | aliexpress.com/store/1101556494 | TopBeauty Art Store |
| 51 | aliexpress.com/store/1101258738 | UU-Autoparts Store |
| 52 | aliexpress.com/store/1101802177 | VN professional spare parts Store |
| 53 | aliexpress.com/store/1101342455 | Youqing's Store |
| 54 | aliexpress.com/store/1101328744 | yq's Good Store |
| 55 | amazon.com/sp?seller=A17CADV783ERX2 | A17CADV783ERX2 |
| 56 | amazon.com/sp?seller=AW1K3GE95UUJA | ANPEX |
| 57 | amazon.com/sp?seller=A2BIDIAHFIKE3G | Autoacces Parts |
| 58 | amazon.com/sp?seller=A2M1U2PYG3YVAL | BB PIG |
| 59 | amazon.com/sp?seller=AAUCPOYTF91O | beilifeili |
| 60 | amazon.com/sp?seller=A2E57ZTBYSF6RG | binyiwangluo |
| 61 | amazon.com/sp?seller=A30LJPDAFKQ4MX | CAR DIAN |
| 62 | amazon.com/sp?seller=A30X90N760EA8E | CAR FAN |
| 63 | amazon.com/sp?seller=A311W5TE094R8V | changchunshitaohuayingshangmaoyouxiangongsi |
| 64 | amazon.com/sp?seller=A1NCL2XXL68EDH | chezhichenghdre |

| | | |
|---|---|---|
| 65 | amazon.com/sp?seller=A1198Y4O0837NS | chongqingshenshihaijianzhucailiaoyouxiangongsi |
| 66 | amazon.com/sp?seller=A1XMIF50GOA76O | Dinuoda |
| 67 | amazon.com/sp?seller=AS0SBFMP9NZQW | dwqeqvchuhiuhcxzdsa |
| 68 | amazon.com/sp?seller=A3SJPIY8OROB1B | DzyunnanershendianpuAMZzz |
| 69 | amazon.com/sp?seller=A2Z12WA40CARFL | Future_Tse |
| 70 | amazon.com/sp?seller=AN4TSFTT0AJJ9 | guangzhoushikangdadianzimaoyiyouxiangongsi |
| 71 | amazon.com/sp?seller=AIRVZ5EC3F2PX | Haikoushinenggengshangmaoyouxiangongsi |
| 72 | amazon.com/sp?seller=A1Q4TLGH3BTGJK | heart shaped shop |
| 73 | amazon.com/sp?seller=A12IA3FPMTZ2E7 | hgebfg |
| 74 | amazon.com/sp?seller=A3ANMQGJ9YTD5K | HongHong AUTO |
| 75 | amazon.com/sp?seller=A3LYOJS8SYHPT8 | Jackyu2020 |
| 76 | amazon.com/sp?seller=A205V8B8HN0OA0 | JSWHE |
| 77 | amazon.com/sp?seller=A2ZNRW93OGNC01 | JunlongStore |
| 78 | amazon.com/sp?seller=A26O4HDDF86W9Q | JUNYUWANGLUO |
| 79 | amazon.com/sp?seller=A2IVE90U66UVC5 | KAIRONG SHANGMAO |
| 80 | amazon.com/sp?seller=A2T7ZIIFUFQCQL | KAOQIAN |
| 81 | amazon.com/sp?seller=A2W8E3E2BE169H | kgjd8fjdgb |
| 82 | amazon.com/sp?seller=A3D64Z6LIX23Y5 | KongY AUTO |
| 83 | amazon.com/sp?seller=A3NUBBP6DN4Q67 | kunmingxiongkuidianzishangwuyouxianzerengongsi |
| 84 | amazon.com/sp?seller=A1BZ2GFXB566OR | LEPAI |
| 85 | amazon.com/sp?seller=A1PQZDVG8R0YOJ | liuyangshizhandandianzimaoyiyouxiangongsi |
| 86 | amazon.com/sp?seller=A3C2FR0XC4JD | liuzhuangzhuangshou |

| | | |
|---|---|---|
| | 0U | |
| 87 | amazon.com/sp?seller=A23XC0LCAFGD30 | LWWL |
| 88 | amazon.com/sp?seller=AQEP60ES60GH6 | Mark Polo |
| 89 | amazon.com/sp?seller=A2049VDNUUND7U | meerkat11 |
| 90 | amazon.com/sp?seller=A1Z70Y2D4BVMM9 | Old tavern |
| 91 | amazon.com/sp?seller=AN7UAKZ65ARMJ | Phoenix Auto Parts |
| 92 | amazon.com/sp?seller=A28K1UHGIHB0M3 | Priscilla Case |
| 93 | amazon.com/sp?seller=AQQFKDX8KV00E | putianchenningmaoyi |
| 94 | amazon.com/sp?seller=A2EDWT41B4PWPM | qinhuangdaoleijikejiyouxiangong |
| 95 | amazon.com/sp?seller=ASGGPZE1HRTQ5 | rgebgfdfsdsaewqvfd |
| 96 | amazon.com/sp?seller=A1ST1WQYRSRTNF | Richae |
| 97 | amazon.com/sp?seller=A2OA8LQMCRHS37 | shanggaoxianhuodongbaihuodian |
| 98 | amazon.com/sp?seller=A2UOBSWNDZCSS5 | shanxiwanshunlaixiangtiyuyongpinyouxiangongsi |
| 99 | amazon.com/sp?seller=ADR64YIIYVOYI | shbn6lpoij |
| 100 | amazon.com/sp?seller=A1SXTNNJ6UF69D | snfdkiuhdsaewjyuikim |
| 101 | amazon.com/sp?seller=A39MPIADMB2R5D | somporn |
| 102 | amazon.com/sp?seller=ANHQ1PCCC2K2M | SuMei Store |
| 103 | amazon.com/sp?seller=A2JNPDCKXTGLTX | Wheel Stickers |
| 104 | amazon.com/sp?seller=A1Q4U1NWC9SW8L | XCP-Store |
| 105 | amazon.com/sp?seller=A20FB3W821V43A | Xqc Z 6352 |
| 106 | amazon.com/sp?seller=A1M5VGZT1S6FRV | YEOLD |
| 107 | amazon.com/sp?seller=A2U7BK4BCQIXJ7 | Yichunfuhegonghaodianzishangwu |
| 108 | amazon.com/sp?seller=A1FYI9GWK0M | zhanjinzhu |

|     | RML                              |                             |
|-----|----------------------------------|-----------------------------|
| 109 | ebay.com/usr/2022offroad         | 2022offroad                 |
| 110 | ebay.com/usr/8_47032             | 8_47032                     |
| 111 | ebay.com/usr/adorn-car           | adorn-car                   |
| 112 | ebay.com/usr/allez_our           | allez_our                   |
| 113 | ebay.com/usr/auto-0608           | auto-0608                   |
| 114 | ebay.com/usr/autofasts2g         | autofasts2g                 |
| 115 | ebay.com/usr/auto-jiyi           | auto-jiyi                   |
| 116 | ebay.com/usr/car_interior_store  | car_interior_store          |
| 117 | ebay.com/usr/dakoamngzo          | dakoamngzo                  |
| 118 | ebay.com/usr/dang76615           | dang76615                   |
| 119 | ebay.com/usr/ebwe_77             | ebwe_77                     |
| 120 | ebay.com/usr/ecarno.2            | ecarno.2                    |
| 121 | ebay.com/usr/flyteching          | flyteching                  |
| 122 | ebay.com/usr/gogoshine1026       | gogoshine1026               |
| 123 | ebay.com/usr/hhtown2016_8        | hhtown2016_8                |
| 124 | ebay.com/usr/iqvc5957            | iqvc5957                    |
| 125 | ebay.com/usr/jiyieyieauto        | jiyieyieauto                |
| 126 | ebay.com/usr/little-big-brother  | little-big-brother          |
| 127 | ebay.com/usr/mokuyo              | mokuyo                      |
| 128 | ebay.com/usr/smartshop888-88     | smartshop888-88             |
| 129 | ebay.com/usr/the.aa              | the.aa                      |
| 130 | ebay.com/usr/vjhw1217            | vjhw1217                    |
| 131 | ebay.com/usr/yesall0601          | yesall0601                  |
| 132 | ebay.com/usr/yuanjie_32          | yuanjie_32                  |
| 133 | ebay.com/usr/zhangrenfeng2001    | zhangrenfeng2001            |
| 134 | walmart.com/seller/101173586     | Perfect Office Products 2020 |